Eric D. CLEMMONS,
Movant/Appellant,

v.

**STATE of Missouri, Respondent.**

**No. ED 104006**

Missouri Court of Appeals,
Eastern District,
**DIVISION ONE.**

FILED: February 7, 2017

Kristina Starke Olson, Missouri Public Defender Office, St. Louis, MO, for Movant/Appellant.

Josh Hawley, Attorney General, Shaun J. Mackelprang, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before Robert M. Clayton III, P.J., Mary K. Hoff, J., and Lisa P. Page, J.

## ORDER

PER CURIAM

Eric D. Clemmons appeals from the "Order" denying his motion alleging abandonment by post-conviction counsel in 1988 when post-conviction counsel filed an unverified amended motion. We affirm.

We have reviewed the briefs of the parties, the legal file, and the record on appeal and find the claims of error to be without merit. No error of law appears. An extended opinion reciting the detailed facts and restating the principles of law applicable to this case would serve no jurisprudential or precedential purpose. We have, however, provided a memorandum opinion for the use of the parties setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).